UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

SHAUN MARTINEZ,

                    Plaintiff,

vs.

FUTURE MOTION, INC.,

                    Defendant.
---

**ORDER FOR ADMISSION PRO HAC VICE**

Civil No.: 1:20-cv-05984

The motion of Christine M. Mennen, for admission to practice Pro Hac Vice in the above action is granted.

Applicant has declared that she is a member in good standing of the bars of the states of Minnesota and Wisconsin; and that her contact information is as follows:

    Applicant's Name: Christine M. Mennen

    Firm Name: Nilan Johnson Lewis PA

    Address: 250 Marquette Avenue South, Suite 800

    City / State / Zip: Minneapolis, MN  55401

    Telephone / Fax: 612-305-7500 / 612-305-7501

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Future Motion, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 8/25/20

_____
United States District/~~Magistrate~~ Judge